IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA EASTMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 12-2170 |
| : | |
| RESEARCH PHARMACEUTICALS, INC. : | |
| : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 31st day of July, 2013, upon careful consideration of defendant's motion for summary judgment (Doc. # 19) and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that the motion for summary judgment is **DENIED**.

Trial is **SCHEDULED** for **October 21, 2013 at 10:00 a.m.**

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge